**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

| | |
|---|---|
| IN RE | |
| AMERICORE HOLDINGS, LLC[1] | CASE NO. 19-61608 |
| DEBTORS | JOINTLY ADMINISTERED |
| | |
| CAROL FOX, CHAPTER 11 TRUSTEE | PLAINTIFF |
| V. | ADV. NO. 22-6038 |
| FIRST CHOICE LABORATORY, LLC, ET AL. | DEFENDANTS |

**ORDER**

On December 30, 2022, Fulgent Genetics, Inc. filed a Notice [ECF No. 18] of an Objection [Case No. 19-61608 at ECF No. 1782] to an Order Establishing Procedures Governing Adversary Proceedings Pertaining to Laboratory Fraud [*Id.* at ECF No. 1747 ("Procedures Order")]. Fulgent is subject to the Procedures Order as a defendant in this adversary proceeding.

Plaintiff filed a response. [ECF No. 24; *see also* Case No. 19-61608 at ECF No. 1815 (Notice of Filing).] A hearing was held on January 19, 2023.

For the reasons stated on the record, it is ORDERED that Fulgent's Objection is OVERRULED.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, January 19, 2023
(grs)