UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | |
| AMERICORE HOLDINGS, LLC, *et al*. | Case No. 19-61608-grs |
| Debtors. | Chapter 11 |
| | Jointly Administered |
| | |
| CAROL FOX, AS CHAPTER 11 TRUSTEE OF ELLWOOD MEDICAL CENTER OPERATIONS, LLC, | Adversary No. 22-06038-grs |
| | Plaintiff |
| v. | |
| FOUNTAIN HEALTHCARE SERVICES, INC., *et al*. | Defendants |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

PLEASE TAKE NOTICE THAT the law firm of Wyatt, Tarrant & Combs, LLP, pursuant to Federal Rule of Bankruptcy Procedure 7012, hereby enters its appearance as attorneys for First Choice Laboratory, LLC, Fountain Healthcare Services, LLC, Sonoran Desert Pathology Associates, LLC, DCMI LLC, Ascension Aviation LLC, Pursuit Charter Company LLC, Daniel Michael Hurt, Russel Kitchen, and Diana Kitchen (collectively the "Defendants") with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office mail address, electronic mail address and telephone number as follows:

> John P. Brice
> Wyatt, Tarrant & Combs, LLP
> 250 West Main Street, Suite 1600
> Lexington, Kentucky  40507-1746
> Telephone:  (859) 233-2012
> Facsimile:   (859) 259-0649
> Email:  jbrice@wyattfirm.com

PLEASE TAKE FURTHER NOTICE THAT this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Defendants or any other party in interest in this adversary proceeding, including (a) the Debtors, (b) property of the Debtors or the Debtors' estates, or proceeds thereof, (c) claims against or interests in the Debtors, (d) other rights or interests of creditors of the Debtors or other parties in interest in this adversary proceeding or (e) property or proceeds thereof in the possession, custody, or control of the Defendants or others that the Debtors may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by the Defendants or any other party in interest.

PLEASE TAKE FURTHER NOTICE THAT neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Defendants (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in this adversary proceeding or any case, controversy, or proceeding related to this adversary proceeding, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP

*/s/ John P. Brice*
John P. Brice (KY Bar No. 07535)
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:  (859) 259-0649
E-mail:  jbrice@wyattfirm.com

*Counsel for First Choice Laboratory, LLC, Fountain Healthcare Services, LLC, Sonoran Desert Pathology Associates, LLC, DCMI LLC, Ascension Aviation LLC, Pursuit Charter Company LLC, Daniel Michael Hurt, Russel Kitchen, and Diana Kitchen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2023, I filed a copy of the foregoing via the Court's ECF system, which will send a notice of the filing to all counsel of record.

 */s/ John P. Brice*
John P. Brice

101045726.1