UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE | |
| AMERICORE HOLDINGS, LLC | CASE NO. 19-61608 |
| DEBTOR(S) | |
| CAROL FOX, AS CHAPTER 11 TRUSTEE OF ELLWOOD MEDICAL CENTER OPERATIONS, LLC | PLAINTIFF(S) |
| V. | ADV. NO. 22-6038 |
| FIRST CHOICE LABORATORY LLC, ET AL | DEFENDANT(S) |

## ORDER

It is ORDERED that the Order scheduling hearing [ECF No. 30] is REMANDED, and

the hearing scheduled for February 23, 2023 is STRICKEN from the Court's docket.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, January 27, 2023
(grs)