UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

|  |  |
|---|---|
| IN RE:<br><br>AMERICORE HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Jointly administered<br>Case No. 19-61608 |
| CAROL FOX, AS CHAPTER 11 TRUSTEE OF ELLWOOD MEDICAL CENTER OPERATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOUNTAIN HEALTHCARE SERVICES INC.; FIRST CHOICE LABORATORY LLC; GENEXE, LLC; PREVENTIVE HEALTH SERVICES LLC; PURSUIT CHARTER COMPANY LLC; DCMI, LLC; KEATON CASHE LANGSTON; DANIEL MICHAEL HURT; SONORAN DESERT PATHOLOGY ASSOCIATES, LLC; ASCENSION AVIATION LLC; RUSSELL KITCHEN; DIANA KITCHEN; BTTNG, LLC; FULGENT GENETICS, INC.; PEACH STATE HEALTH MANAGEMENT, LLC D/B/A AEON GLOBAL HEALTH,<br><br>Defendants. | Adversary No. 22-06038 |

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**
**WITH DEFENDANT FULGENT GENETICS, INC.**

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

Plaintiff, Carol Fox, Chapter 11 Trustee of debtor Ellwood Medical Center Operations, LLC (the "Trustee"), through counsel, pursuant to Local Rule 9019-1(b) of the United States Bankruptcy Court for the Eastern District of Kentucky, submits this Notice of Pending Settlement and states that: (1) the Trustee and Defendant Fulgent Genetics, Inc. have reached a settlement regarding this case; and (2) a *Motion (I) to Approve Compromise and Settlement of Adversary Against Fulgent Genetics, Inc. and (II) to Permit Payment of Contingency Fee to Nelson Mullins* [Main Case – ECF No. 1925] has been filed contemporaneously herewith.

Dated: April 27, 2023

Respectfully submitted,

*/s/ Gary M. Freedman*
Gary M. Freedman
Florida Bar No.: 727260
gary.freedman@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
2 South Biscayne Blvd., 21st Floor
Miami, FL 33131
Telephone: 305.373.9449
Facsimile: 305-995-6393

and

Frank P. Terzo
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

*Attorneys for Plaintiff/Trustee*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished via transmission of Notices of Electronic Filing on all counsel of record or *pro se*

parties identified on the CM/ECF service list maintained by the Court on April 27, 2023.

*/s/ Gary M. Freedman*
Gary M. Freedman