**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE:

AMERICORE HOLDINGS, LLC[1]
DEBTORS

CASE NO. 19-61608
JOINTLY ADMINISTERED

CAROL FOX, *as Chapter 11 Trustee of Ellwood Medical Center Operations, LLC*

PLAINTIFF

V.

ADV. NO. 22-6038

FIRST CHOICE LABORATORY LLC, et al.

DEFENDANTS

**ORDER**

Upon review of the court's record, it appears that Defendants BTTNG, LLC, and Peach State Health Management, LLC dba Aeon Global Health, remain pending without a disposition. It is ORDERED that this adversary proceeding shall come on for a status conference at **9:00 a.m. on November 21, 2024, in the U.S. Bankruptcy Court, Community Trust Bank Building, 100 East Vine Street Second Floor, Lexington, Kentucky**. A hearing may not be required if parties take action to resolve this matter.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC (3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766).

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, October 23, 2024**
(grs)