B2600 (Form 2600) (12/15)

# United States Bankruptcy Court

EASTERN District Of KENTUCKY

In re Americore Holdings, LLC,  
    Debtor  
Case No. 19-61608-grs  

Carol Fox, as Chapter 11 Trustee of Ellwood Medical Center Operations, LLC,  
    Plaintiff  
Chapter 11  

v.  
Fountain Healthcare Services, Inc., et. al.,  
    Defendant  
Adv. Proc. No. 22-06038-grs  

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name: Peach State Health Management, LLC d/b/a AEON Global Health

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

NATHAN W. LEE  
Clerk of the Bankruptcy Court

11/13/2024  
Date

By: _/s/ Sheila M. Stephen_  
Deputy Clerk