UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICORE HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Jointly administered<br>Case No. 19-61608 |
| CAROL FOX, AS CHAPTER 11 TRUSTEE OF ELLWOOD MEDICAL CENTER OPERATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOUNTAIN HEALTHCARE SERVICES INC.; FIRST CHOICE LABORATORY LLC; GENEXE, LLC; PREVENTIVE HEALTH SERVICES LLC; PURSUIT CHARTER COMPANY LLC; DCMI, LLC; KEATON CASHE LANGSTON; DANIEL MICHAEL HURT; SONORAN DESERT PATHOLOGY ASSOCIATES, LLC; ASCENSION AVIATION LLC; RUSSELL KITCHEN; DIANA KITCHEN; BTTNG, LLC; FULGENT GENETICS, INC.; PEACH STATE HEALTH MANAGEMENT, LLC D/B/A AEON GLOBAL HEALTH,<br><br>Defendants. | Adversary No. 22-06038 |

**PLAINTIFF'S STATUS REPORT**

---

1 The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766) (collectively, the "Debtors").

4872-6674-0726 v.4

Plaintiff, Carol L. Fox, as Liquidating Trustee of the Ellwood Trust ("Plaintiff"),[2] files this Status Report ("Status Report") for the purpose of advising and updating the Court on the status of the litigation claims made in this action in advance of the status conference set for 9:00 a.m. on November 21, 2024 (*see* Doc. No. 52).

**I. Settlements**

1.  The Plaintiff has settled with Genexe, LLC, as evidenced by the *Order Granting Liquidating Trustee's Motion (I) to Approve Compromise and Settlement of Adversary Against Genexe, LLC and (II) to Permit Payment of Contingency Fee to Nelson Mullins*, entered May 18, 2023 (Doc. No. 1975). Genexe, LLC has paid the Trustee the settlement amounts (Exhibit A).

2.  The Plaintiff has settled with Fulgent Genetics, Inc., as evidenced by the *Order Granting Liquidating Trustee's Motion (I) to Approve Compromise and Settlement of Adversary Against Fulgent Genetics, Inc.; and (II) to Permit Payment of Contingency Fee to Nelson Mullins*, entered May 24, 2023 (Doc. No. 1990). Fulgent Genetics, Inc. has paid the Trustee the settlement amount (Exhibit A).

3.  The Plaintiff has settled with Russell Kitchen and Diana Kitchen, as evidenced by the *Order Granting Liquidating Trustee's Motion (I) to Approve Compromise and Settlement of Adversary Against Russell Kitchen and Diana Kitchen; and (II) to Permit Payment of Contingency Fee to Nelson Mullins*, entered June 20, 2023 (Doc. No. 2043). Russel Kitchen and Diana Kitchen have paid the Trustee the settlement amount (Exhibit A).

4.  The Plaintiff has settled with Preventive Health Services LLC, as evidenced by the

---

2 Subsequent to the filing of this Complaint, the Court entered the Order Confirming Amended Joint Plan of Liquidating under Chapter 11 of the Bankruptcy Code of Americore Holdings, LLC and its Debtor Affiliates as Modified (Doc. No. 2180), and the Debtors' Confirmed Plan because effective as of January 1, 2024. By virtue of the confirmation of the Debtor's Confirmed Plan, the Plaintiff Chapter 11 Trustee now serves as the Liquidating Trustee of the Ellwood Liquidating Trust (which incorporated Ellwood Medical Center Operations, LLC into the trust).

2

4872-6674-0726 v.4

*Order Granting Liquidating Trustee's Motion (I) to Approve Compromise and Settlement of Adversary Against Preventive Health Services LLC; (II) Approve Compromise and Settlement with Related Parties Steven D. Ball and Marshall A. Forrester IV; and (III) to Permit Payment of Contingency Fee to Nelson Mullins*, entered September 21, 2023 (Doc. No. 2159). Preventive Health Services LLC has paid the Trustee the settlement amount (Exhibit A).

5. The Plaintiff has settled with Keaton Cashe Langston, as evidenced by the *Order Granting Liquidating Trustee's Motion (I) to Approve Compromise and Settlement of Adversary Against Keaton Cashe Langston; and (II) to Permit Payment of Contingency Fee to Nelson Mullins*, entered September 21, 2023 (Doc. No. 2160). Keaton Cashe Langston has paid the Trustee the settlement amount (Exhibit A).

6. The Plaintiff has settled with Fountain Healthcare Services Inc., First Choice Laboratory LLC, Pursuit Charter Company LLC, DCMI, LLC, Sonoran Desert Pathology Associates, LLC, Ascension Aviation LLC and Daniel Michael Hurt (collectively, the "Hurt Parties"), as evidenced by the *Order Granting Liquidating Trustee's Motion (I) to Approve Compromise and Settlement of Adversary Against the Hurt Parties; (II) to Approve Compromise and Settlement with the United States of America; (III) for Entry of a Bar Order; and (IV) to Permit Payment of Contingency Fee to Nelson Mullins*, entered February 23, 2024 (Doc. No. 2325). The Trustee has monetized substantially all of the material Shared Assets as that term is defined in the Intercreditor Agreement between the Trustee and the United States of America dated May 8, 2024 (Doc. No. 2386) (Exhibit A).

**II. Remaining Defendants**

3

7.     The Clerk's Entry of Default was entered against Defendant BTTNG, LLC ("<u>BTTNG</u>") on November 18, 2024 (Doc. No. 58) and the Plaintiff's Motion for Entry of Final Judgment by Default was filed on November 18, 2024 (Doc No. 59).

8.     The Clerk's Entry of Default was entered against Defendant Peach State Health Management, LLC d/b/a AEON Global Health ("Peach State") on November 13, 2024 (Doc. No. 54) and Final Judgment by Default was entered against Peach State on November 14, 2024 (Doc. No. 56).

9.     The likelihood of collection on the two default judgments is uncertain.

10.    Upon entry of default judgment against BTTNG, the Trustee shall move to close the adversary with the Court to retain jurisdiction to address collection efforts.

Respectfully submitted this 18th day of November, 2024.

> NELSON MULLINS RILEY & SCARBOROUGH LLP
>
> 100 S.E. 3rd Avenue, Suite 2700
> Fort Lauderdale, FL 33394
> Ph. 954-764-7060 | Fax 954-761-8135
>
> */s/ Frank P. Terzo*
> Frank P. Terzo
> Florida Bar No. 906263
> Frank.Terzo@nelsonmullins.com
>
> *Special Counsel for Carol Fox, Liquidating Trustee*

## CERTIFICATE OF SERVICE

I CERTIFY THAT on November 18, 2024, that a true and correct copy of the foregoing has been furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court.

> */s/ Frank P. Terzo*
> Frank P. Terzo

4872-6674-0726 v.4

## **EXHIBIT A**

**Americore Holdings,** *et al.* **, Debtors.**
**United States Bankruptcy Court - Case No. 19-61608 (Jointly Administered)**
Carol Fox, as Chapter 11 Trustee of Ellwood Medical Center Operations, LLC, Plaintiff v.
Fountain Healthcare Services, Inc., *et. al.* Adversary No. 22-06038
Recoveries - 11/08/22 - 11/17/24

| Defendant | Total Transfers | Settlement Amount/Gross Recovery | Commissions/ Settlement Charges | Carrying Costs | Legal Fees | Net Recovery |
|---|---|---|---|---|---|---|
| Genexe, LLC | | $ 1,300,000.00 | $ - | $ - | $ (433,333.33) | $ 866,666.67 |
| Fulgent Genetics, Inc. | | 1,100,000.00 | - | - | (366,666.67) | 733,333.33 |
| Russell Kitchen and Diana Kitchen | | 100,000.00 | - | - | (33,333.33) | 66,666.67 |
| Preventive Health Services, LLC | | 600,000.00 | - | - | (200,000.00) | 400,000.00 |
| Keaton Langston | | 240,000.00 | - | - | (80,000.00) | 160,000.00 |
| Fountain Healthcare Services, Inc., *et. al.* | | 6,478,325.14 | (91,166.67) | (474,542.34) | (1,970,872.05) | 3,941,744.08 |
| Total | $ 17,787,109.39 | $ 9,818,325.14 | $ (91,166.67) | $ (474,542.34) | $ (3,084,205.38) | $ 6,168,410.75 |
| | | | | | | |
| % Recovery | | 55.20% | | | | 34.68% |