UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE

**AMERICORE HOLDINGS, LLC,** *et al*[1] **DEBTORS**

CASE NO. 19-61608

**CAROL FOX, as Chapter 11 Trustee of Ellwood Medical Center Operations, LLC**

PLAINTIFF

ADV. NO. 22-6038

V.

DEFENDANTS

**FIRST CHOICE LABORATORY LLC,** *et al*

### ORDER SETTING STATUS HEARING

The Status Report [ECF No. 60] dated November 18, 2024, reflects that once Default has been entered for the remaining Defendant, the Trustee shall move to close the adversary proceeding with the Court. Default for the remaining Defendant, BTTNG, was entered on November 20, 2024. [ECF No. 64]. The Trustee has taken no action to resolve this adversary proceeding.

It is ORDERED that this matter is hereby set for a status hearing at **9:00 a.m. on February 20, 2025, at the U.S. Bankruptcy Court, Community Trust Bank Building, 100 East Vine Street, Second Floor, Lexington, Kentucky**. Should the Plaintiff move to dismiss

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766) (collectively, the "Debtors").

the adversary proceeding prior to the scheduled status hearing, the Court may terminate the hearing without further notice.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Thursday, January 23, 2025
(grs)