UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICORE HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br>Jointly administered<br>Case No. 19-61608 |
| CAROL FOX, AS CHAPTER 11 TRUSTEE OF ELLWOOD MEDICAL CENTER OPERATIONS, LLC,<br><br>Plaintiff,<br>v.<br><br>FOUNTAIN HEALTHCARE SERVICES INC.; FIRST CHOICE LABORATORY LLC; GENEXE, LLC; PREVENTIVE HEALTH SERVICES LLC; PURSUIT CHARTER COMPANY LLC; DCMI, LLC; KEATON CASHE LANGSTON; DANIEL MICHAEL HURT; SONORAN DESERT PATHOLOGY ASSOCIATES, LLC; ASCENSION AVIATION LLC; RUSSELL KITCHEN; DIANA KITCHEN; BTTNG, LLC; FULGENT GENETICS, INC.; PEACH STATE HEALTH MANAGEMENT, LLC D/B/A AEON GLOBAL HEALTH,<br><br>Defendants. | Adversary No. 22-06038 |

**ORDER TO CLOSE ADVERSARY PROCEEDING**

Upon consideration of Carol L. Fox, as Liquidating Trustee of the Ellwood Trust's

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Americore Holdings, LLC (0115); Americore Health, LLC (6554); Americore Health Enterprises, LLC (3887); Ellwood Medical Center, LLC (1900); Ellwood Medical Center Real Estate, LLC (8799); Ellwood Medical Center Operations, LLC (5283); Pineville Medical Center, LLC (9435); Izard County Medical Center, LLC(3388); Success Healthcare 2, LLC (8861); St. Alexius Properties, LLC (4610); and St. Alexius Hospital Corporation #1 (2766) (collectively, the "Debtors").

("Plaintiff")[2] *Motion to Close Adversary Proceeding*, upon consideration of the circumstances and the record in this case; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and the Plaintiff having provided adequate and appropriate notice of the Motion under the circumstances; and after due deliberation and good and sufficient cause appearing therefor:

**IT IS ORDERED THAT:**

1. The Motion is Granted as provided herein.

2. The Court shall retain jurisdiction to enforce the terms of each of the settlement agreements reached with Fountain Healthcare Services Inc., First Choice Laboratory LLC, Genexe, LLC, Preventive Health Services LLC, Pursuit Charter Company LLC, DCMI, LLC, Keaton Cashe Langston, Daniel Michael Hurt, Sonoran Desert Pathology Associates, LLC, Ascension Aviation LLC, Russell Kitchen, Diana Kitchen, and Fulgent Genetics, Inc.

3. The Court shall retain jurisdiction to address collection efforts as to the Judgment by Default against Peach State Health Management, LLC d/b/a Aeon Global Health and Judgment by Default against BTTNG, LLC.

---

[2] Subsequent to the filing of this Complaint, the Court entered the Order Confirming Amended Joint Plan of Liquidating under Chapter 11 of the Bankruptcy Code of Americore Holdings, LLC and its Debtor Affiliates as Modified (Doc. No. 2180), and the Debtors' Confirmed Plan because effective as of January 1, 2024. By virtue of the confirmation of the Debtor's Confirmed Plan, the Plaintiff Chapter 11 Trustee now serves as the Liquidating Trustee of the Ellwood Liquidating Trust (which incorporated Ellwood Medical Center Operations, LLC into the trust).

4916-4529-6402 v.1

4. The status hearing scheduled for February 20, 2025 at 9:00 a.m. (Doc. No. 72) is cancelled.

<u>Submitted by:</u>

Frank P. Terzo
NELSON MULLINS RILEY & SCARBOROUGH LLP
Florida Bar No. 906263
frank.terzo@nelsonmullins.com
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
*Special Counsel for Carol Fox, Liquidating Trustee*

Carol L. Fox
Liquidating Trustee of the Ellwood Trust
5000 T-Rex Avenue, Suite 300
Boca Raton, FL 33431
cfox@brileyfin.com

3

4916-4529-6402 v.1

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, January 27, 2025**
(grs)